# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144820

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

HAROLD GLENN ROGERS,
       Defendant-Appellant.

SC: 144820
COA: 306248
Wayne CC: 83-005502

_____/

      On order of the Court, the application for leave to appeal the December 28, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
                       Clerk

s1015